**Order entered May 20, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-21-00243-CV

**COLLEEN MARIE FISHER, Appellant**

**V.**

**PAUL M. COOKE, SR., Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-05882**

## ORDER

By letter filed May 17, 2021, Dallas County District Clerk Felicia Pitre informs the Court that the clerk's record has not been filed in this appeal because appellant has not paid the fee for its preparation. Ms. Pitre notes that although appellant filed a statement of inability to pay costs, the statement was filed ten days after the clerk's record invoice was sent and will be "honor[ed]" only for requests made on or after the date the statement was filed.

Texas Rule of Civil Procedure 145 governs statements of inability to afford payment of costs for preparation of the record. *See* TEX. R. CIV. P. 145. Under the rule, a party who files a statement of inability to pay can be required to pay costs only by court order. *See id.* 145(a). The rule affords no discretion to the district clerk to determine whether to "honor" a statement of inability to pay. *See id.* 145. Accordingly, we **ORDER** Ms. Pitre to file the clerk's record without payment of costs **no later than June 1, 2021**.

The Court's May 17, 2021 letter to the parties and Ms. Pitre concerning payment of the clerk's record shall be disregarded.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE